Florida Blue
P.O. Box 44144
Jacksonville, Florida 32231-4144

Florida Blue
In the pursuit of health



R9AN94940092305
SABRINA   FINEHOUT

**CERTIFICATION OF
CREDITABLE COVERAGE
FOR GROUP HEALTH COVERAGE**

For more information, please call 1-888-904-2763

**\* IMPORTANT – KEEP THIS CERTIFICATE OF CREDITABLE COVERAGE**
Please see page 2 of this document for important information regarding your HIPAA Portability Rights

1. Date of this Certification: **12/15/2013**
2. Name of Group Health Plan (Employer): **NEUROINTERVENTIONAL ASSOC PA**
3. Identification Number of Employee: **H85946915**
4. Name of Employee: **SABRINA   FINEHOUT**
5. Waiting Period Date Began: **04/29/2013**
6. If the individual(s) identified below (have at least 18 months of creditable coverage (disregarding periods of coverage before a 63-day break), check here:

*Note: Separate certificates will be furnished if information is not identical for the employee and each dependent.*

Coverage certification applies to the following Employee and/or Dependent(s):

| Employee/Dependent | Coverage Began | Coverage Ended |
|---|---|---|
| SABRINA   FINEHOUT | 05/01/2013 | 11/01/2013 |



EXHIBIT A