Blue Cross Blue Shield
Enrollment Maintenance and Billing
P.O. Box 44144
Jacksonville, Florida 32231-4144
www.bcbsfl.com



FLORIDA
Health • Dental • Life
Disability • Workers' Comp



12/10/2013



RG3U344P000021T
SABRINA   FINEHOUT

RE: HCCID:        H85946915
    Group Number: 79900001
    Group Name:   NEUROINTERVENTIONAL ASSOC PA

EMPLOYEE NOTICE OF CANCELLATION

Dear Contract Holder:

This is to notify you that your employer's policy has been canceled effective 11/01/2013. Therefore, no benefits are available for services rendered after the effective date of cancellation.

If you have any questions regarding this cancellation notice, please contact NEUROINTERVENTIONAL ASSOC PA.

Group Enrollment, Maintenance and Billing

Clerk Code: W19

Health is offered by Blue Cross and Blue Shield of Florida, Inc. (BCBSF) and/or Health Options, Inc. (HOI) a wholly owned subsidiary of BCBSF. Dental, Life and Disability are offered by Florida Combined Life Insurance Company, Inc., an affiliate of BCBSF. Workers Comp is offered by Comp Options, Inc. d/b/a OptaComp, a subsidiary of BCBSF. All companies are Independent Licensees of the Blue Cross and Blue Shield Association.

*Independent Licensees of the Blue Cross and Blue Shield Association.*
♣ REGISTERD MARKS OF THE BLUE CROSS AND SHIELD ASSOCIATION, AN ASSOCIATION OF INDEPENDENT BLUE CROSS AND BLUE SHIELD PLANS.
® REGISTERED MARK OF BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.



EXHIBIT
B