AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
2016 JUN 13 PM 2:15
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | | |
|---|---|---|
| SABRINA FINEHOUT RANDALL | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| NEUROINTERVENTIONAL ASSOCIATES, P.A. and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., D/B/A FLORIDA BLUE | ) ) ) | 8:16-CV-1531-T-17TGW |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEUROINTERVENTIONAL ASSOCIATES, P.A.
c/o Nasser Razack, Registered Agent
200 Second Avenue South, Suite 513
St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert W. Boos and Irain J. Gonzalez
Adams and Reese, LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602
bob.boos@arlaw.com
ira.gonzalez@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 3 2016

*Ariel Guzman*
Signature of Clerk or Deputy Clerk