AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

SABRINA FINEHOUT RANDALL

*Plaintiff(s)*

v.

NEUROINTERVENTIONAL ASSOCIATES, P.A. and
BLUE CROSS AND BLUE SHIELD OF FLORIDA,
INC., D/B/A FLORIDA BLUE

*Defendant(s)*

Civil Action No. 8:16-CV-1531-T-17TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEUROINTERVENTIONAL ASSOCIATES, P.A.
c/o Nasser Razack, Registered Agent
200 Second Avenue South, Suite 513
St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert W. Boos and Irain J. Gonzalez
Adams and Reese, LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602
bob.boos@arlaw.com
ira.gonzalez@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 3 2016

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

| | |
|---|---|
| **U.S. District Court - Middle** | **State of Florida** |

| | |
|---|---|
| **Sabrina Finehout Randall** | Attorney: |
| Plaintiff | Robert Boos<br>Adams & Reese, LLP |
| vs. | 101 East Kennedy Boulevard, Suite 4000<br>Tampa, FL. 33602 |
| **Neuro-Interventional Associates, PA and Blue Cross and Blue Shield of Florida, Inc. dba Florida Blue** | |
| Defendant | |

**Case Number:** 8:16-cv-1531-T-17TGW

Legal documents received by Accurate Serve on June 14th, 2016 at 5:31 PM to be served upon **Neuro-Interventional Associates, PA, c/o Nasser Razack as RA at 200 Second Avenue South, Suite 513, St. Petersburg, FL. 33701**

I, Robert Lehmann, swear and affirm that on **June 16th, 2016 at 12:10 PM**, I did the following:

**Substitute** Served pursuant to FS 48.031(6) by leaving a conformed copy of this **Summons and Complaint with Exhibits** to the person in charge of the private mailbox, to wit: **Joe P.**, **Authorized Agent** and informing that person of the contents of the documents. This was the only address for the intended recipient that was discoverable through public records. I verified that the subject or entity to be served maintained a private mailbox at that location. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**
No longer at Suite 513, now maintains Box (or suite) #213

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.  I declare that I have read the forgoing instrument and the facts stated in it are true.

_____
**Robert Lehmann**
Process Server, # CA-706, APS 13526, CPS 11-352791, PPS 9056

**Accurate Serve
P.O. Box 5141
Lakeland, FL 33807**

**(863) 873-6691**

Internal Job ID: 2016003623

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.