*16-000092140*

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

| | |
|---|---|
| SABRINA FINEHOUT RANDALL | **CASE #:** 8:16-CV-1531-T-17TGW |
| | **COURT:** UNITED STATES DISTRICT COURT |
| | **COUNTY:** MIDDLE |
| PLAINTIFF(S) | **DFS-SOP #:** 16-000092140 |

VS.

NEUROINTERVENTIONAL ASSOCIATES, P.A.
AND BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., D/B/A FLORIDA BLUE

DEFENDANT(S)
_____/

SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT "A-C", LETTER DATED JUNE 17, 2016

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of
the State of Florida. Said process was received in my office by MAIL on Monday, June 20, 2016 and
a copy was forwarded by ELECTRONIC DELIVERY on Friday, July 1, 2016 to the designated agent
for the named entity as shown below.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC
DEIRDRE M MACCARTHY
4800 DEERWOOD CAMPUS PKWY, DCC 107
JACKSONVILLE FL 32246

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent
fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

IRAIN J. GONZALEZ
101 EAST KENNEDY BOULEVARD, SUITE 4000
TAMPA FL 33602

HMB

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida  ▼

| | |
|---|---|
| SABRINA FINEHOUT RANDALL | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| NEUROINTERVENTIONAL ASSOCIATES, P.A. and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., D/B/A FLORIDA BLUE | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.

8:16-cv-1531-T-17TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., D/B/A FLORIDA BLUE
c/o Florida Chief Financial Officer as Registered Agent
200 East Gaines Street
Tallahassee, FL 32399-4201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert W. Boos and Irain J. Gonzalez
Adams and Reese LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602
bob.boos@arlaw.com
ira.gonzalez@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 3 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: