UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL

    Plaintiff,

    vs.                              Case No.: 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL ASSOCIATES, P.A. and BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., D/B/A FLORIDA BLUE

    Defendants.
_____/

## PLAINTIFF SABRINA FINEHOUT RANDALL'S UNOPPOSED MOTION FOR EXTENSION

Plaintiff Sabrina Finehout Randall ("Plaintiff"), by and through her undersigned counsel, hereby moves this Court for an extension of time within which she must file a response to the Motion to Dismiss filed by Defendant Neurointerventional Associates, P.A. ("Defendant"). The extension sought is through and including August 5, 2016. This is the first extension of time sought by Plaintiff in this matter.

WHEREFORE, Plaintiff Sabrina Finehout Randall, respectfully requests that the Court grant her Motion for Extension through and including August 5, 2016 to file her response to the Defendant's Motion to Dismiss.

        Respectfully submitted,

/s/ *Irain J. Gonzalez*
Robert W. Boos, Esq.
Florida Bar No. 0558079
Primary:      bob.boos@arlaw.com
Secondary:   lisa.stallard@arlaw.com
LEAD ATTORNEY
Irain J. Gonzalez, Esq.
Florida Bar No. 0092408
Primary: ira.gonzalez@arlaw.com
Secondary: katie.takas@arlaw.com
**ADAMS AND REESE LLP**
101 East Kennedy Boulevard, Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
Facsimile: (813) 402-2887
*Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Defendant's counsel regarding this request via electronic mail. This request was made in good faith and not for purposes of delay. Defendant's counsel has no objection to the relief requested in Plaintiff's Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the following are listed to receive Notices of Electronic Filing through CM/ECF on this day:

Adam S. Levine, Esq.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767
aslevine@msn.com

        */s/ Irain J. Gonzalez*
        Irain J. Gonzalez, Esq.
        Florida Bar No. 0092408