# EXHIBIT A

# **Blue**Options

Small Employer Master
Policy



BlueCross BlueShield
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

# BlueOptions

## Small Employer Master Policy

Robert I. Lufrano, M.D.
Chairman of the Board and Chief
Executive Officer

## This Small Employer Master Policy Contains Deductible Provisions

For Customer Service
Assistance:
800-352-2583



BlueCross BlueShield
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

# Table of Contents

## Administrative Provisions

Introduction ..................................................................................................................GP-1

Definitions ....................................................................................................................GP-1

Terms of the Small Employer Master Policy ...............................................................GP-3

Prior Carrier Responsibilities under an Extension of Benefits ....................................GP-3

Commencement of Coverage.......................................................................................GP-3

Minimum Participation Requirements ..........................................................................GP-3

Voluntary Termination by the Small Employer ............................................................GP-4

Conditions of Renewal and Termination......................................................................GP-4

Termination Based on Discontinuation of Form ..........................................................GP-4

Termination Based on Discontinuation of all Policies in Small-Group  Market...........GP-4

Termination by Us for Non-Payment of Premium ........................................................GP-4

Notification of Termination to Covered Employees......................................................GP-5

Representations Made by, and Obligations of, the Small Employer ............................GP-5

Effective Date for Eligible Employees .........................................................................GP-5

## Payment Provisions

Monthly Invoice ...........................................................................................................GP-6

Premium Payment Due Date .......................................................................................GP-6

Grace Period ................................................................................................................GP-6

Changes in Premium ...................................................................................................GP-6

Incorrect Premium Payment ........................................................................................GP-7

Other Rules Regarding the Payment of Premiums ......................................................GP-7

## General Provisions

Administration .............................................................................................................GP-8

Assignment and Delegation.........................................................................................GP-8

Benefit Booklet.............................................................................................................GP-8

Changes to the Small Employer Master Policy............................................................GP-8

Enrollment Records .....................................................................................................GP-8

Entire Agreement.........................................................................................................GP-9

Financial Responsibilities of the Small Employer  ......................................................GP-9

Indemnification.............................................................................................................GP-9

Membership Provision ..................................................................................................GP-9

Representations on the Small Employer Application and the
Enrollment Forms ....................................................................................................................GP-9

Reservation of Right to Contract..............................................................................................GP-9

Service Mark ..........................................................................................................................GP-10

Third Party Beneficiary...........................................................................................................GP-10


## Medicare Secondary Payer Provisions

Working Elderly.......................................................................................................................GP-11

Individuals with End Stage Renal Disease .............................................................................GP-12

Miscellaneous ........................................................................................................................GP-13


## COBRA Administrative Services Provisions

Your Obligations .....................................................................................................................GP-14

Our Obligations ......................................................................................................................GP-14

Obligations of the COBRA Administrator ................................................................................GP-15

Obligations of the Covered Persons .......................................................................................GP-16


## BlueCard®

Liability Calculation Method Per Claim....................................................................................GP-17

Return of Overpayments.........................................................................................................GP-18

# Administrative Provisions

## Introduction

Thank you for choosing Blue Cross and Blue Shield of Florida's ("BCBSF").  For over 50 years, BCBSF has been a leader in health care financing solutions.  **BlueOptions** continues this tradition by combining the quality coverage and benefits you have come to expect with an innovative and affordable choice of Providers.

References to "we", "us", and "our" throughout this Small Employer Master Policy refer to Blue Cross and Blue Shield of Florida, Inc.  We may also refer to ourselves from time to time as "BCBSF".

If you are an employer and have purchased this coverage for your employees, and their dependents, you have established an employee welfare benefit plan ("Group Plan").  This document ("Small Employer Master Policy" or "Policy") is evidence of the existence of the Group Plan and describes the rights and obligations you and BCBSF have with respect to the coverage and benefits to be provided by BCBSF.

In exchange for your payment of the Premium, we agree to provide the coverage and benefits specified in the Benefit Booklet which is attached to and made a part of this Small Employer Master Policy.  The health care coverage and benefits to be provided under this Policy will be subject to all the requirements set forth in this Policy, including the Benefit Booklet and any Endorsements issued by BCBSF.

This Small Employer Master Policy is divided into two parts.  The first part contains various administrative and other provisions relating to your agreement with us.  You should make sure that you read and understand these provisions as they describe important obligations applicable to you and us.  The second part of the Small Employer Master Policy is the Benefit Booklet.

The Benefit Booklet describes the coverage, benefits, exclusions, and limitations under this Policy.  The Benefit Booklet includes the Schedule of Benefits, any applicable Enrollment Forms, and any Endorsements to the Benefit Booklet or the Small Employer Master Policy.  Any Endorsements issued by us modifying the Benefit Booklet or the first part of this Small Employer Master Policy are also part of this Small Employer Master Policy.

## Definitions

Certain terms defined in the first part of the Small Employer Master Policy are also used and defined (for the convenience of Covered Persons) in the Benefit Booklet.  If a word or phrase starts with a capital letter, it is either the first word in a sentence, a proper name, a title, or a defined term.  In addition to the definitions set forth in the Benefit Booklet, the following terms apply to this Small Employer Master Policy:

**Anniversary Date** means the date, one year after the Effective Date, stated on the Small Employer Application and subsequent annual anniversaries or such other date as mutually agreed to in writing by the parties.

**Covered Employee** means an Eligible Employee, or other individual, who meets and continues to meet all applicable eligibility requirements and who is enrolled, and actually covered, under the Small Employer Master Policy other than as a Covered Dependent (see the Eligibility Requirements for Covered Employees subsection of the "Eligibility for Coverage" section for further information).

**Covered Dependent** means an Eligible Dependent who meets and continues to meet all applicable eligibility requirements and who is enrolled, and actually covered, under the Policy other than as a Covered Employee (see the

Eligibility Requirements for Dependents subsection of the "Eligibility for Coverage" section for further information).

**Covered Person** means a Covered Employee or a Covered Dependent.

**Effective Date** means, with respect to the Small Employer, 12:01 a.m. on the date specified on the Small Employer Application.  With respect to individuals covered under this Policy, 12:01 a.m. on the date the Small Employer specifies that the coverage will commence as specified in the "Enrollment and Effective Date of Coverage" section of the Benefit Booklet.

**Eligible Dependent** means an individual who meets and continues to meet all of the eligibility requirements described in the Eligibility Requirements for Dependent subsection of the "Eligibility for Coverage" section in the Benefit Booklet and is eligible to enroll as a Covered Dependent.

**Eligible Employee** for purposes of this Small Employer Master Policy means an individual who meets and continues to meet all of the eligibility requirements set forth in the Eligibility Requirements for Covered Employees subsection of the "Eligibility for Coverage" section in the Benefit Booklet and is eligible to enroll as a Covered Employee.  Any individual who is an Eligible Employee is not a Covered Employee until such individual has actually enrolled and been accepted for coverage as a Covered Employee by us.

**Enrollment Forms** means those BCBSF forms, electronic (where available) or paper, which are used to maintain accurate enrollment files under the Policy.

**Grace Period** means the ten (10) day period beginning on the date the Premium is due.

**Small Employer** means any person, sole proprietor, self-employed individual, independent contractor, firm, corporation, partnership, or association that is actively engaged in business, has its principal place of business in this state,

employs an average of at least one but not more than 50 Eligible Employees on business days during the preceding Calendar Year the majority of whom are employed in the state of Florida, and employs at least one employee on the first day of the plan year, and is not formed primarily for purposes of purchasing insurance, through which coverage and/or benefits are issued by us and through which Eligible Employees and Eligible Dependents become entitled to the Covered Services described in the Benefit Booklet.  In determining the number of Eligible Employees, companies that are an affiliated group as defined in s. 1504 (a) of the Internal Revenue Code of 1986, as amended, are considered a single employer.

**Note:**  References to "you" or "your" throughout the first part of the Small Employer Master Policy refer to the Small Employer.  References to "you" or "your" in the Benefit Booklet refer to Eligible Employees, Eligible Dependents, Covered Employees and/or Covered Dependents depending on the context and intent of the specific provision.

**Small Employer Master Policy** means this document which is the agreement between the Small Employer and BCBSF whereby coverage and/or benefits will be provided to Covered Persons.  The Small Employer Master Policy includes the Benefit Booklet (including the Schedule of Benefits), the Small Employer Application, Enrollment Forms, and any Endorsements to the Benefit Booklet or the Small Employer Master Policy.

**Premium** means the amount required to be paid by the Small Employer to us in order for there to be coverage under this Policy.

**Waiting Period** means the period of time specified on the Small Employer Application, if any, which must be met by an individual before that individual is eligible to enroll for coverage under this Policy.

## Terms of the Small Employer Master Policy

This Policy shall become effective as of the Effective Date, provided that:

1. BCBSF accepts your Small Employer Application; and

2. you pay the required initial Premium specified by us.

This Policy shall continue in effect until the first Anniversary Date following the Effective Date unless terminated earlier as permitted by its terms. After the initial term, this Policy shall automatically renew each succeeding year on the Anniversary Date for an additional one-year period unless:

1. at least 45 days prior to such Anniversary Date, you notify us that you do not want the Policy to automatically renew; or

2. it is terminated as permitted by its terms.

If this Policy renews as specified above, all of its terms and provisions (including the Premium due) shall govern coverage, as of the Anniversary Date, unless we give written notice of a modification or revision to you at least 45 days prior to the Anniversary Date. In the event that we give such written notification, you may elect not to renew this Policy effective as of the Anniversary Date by giving us written notice at least 10 days prior to the Anniversary Date. If you fail to give us written notice as required, this Policy shall renew on the Anniversary Date with the modified or revised terms. Nothing in this subsection shall prohibit us from amending, at the time of renewal, the coverage and/or benefits to be provided by us. We may modify the Premium at any time in accordance with the applicable provisions of this Policy.

## Prior Carrier Responsibilities under an Extension of Benefits

Your prior carrier, if any, may be required to provide certain benefits to certain individuals covered by this Policy under an extension of benefits provision. We are not responsible for the payment of any claims which are payable under any extension of benefits provision in the prior carrier's plan.

## Commencement of Coverage

Our coverage, in accordance with the terms of this Policy, begins on the Effective Date (see the "Enrollment and Effective Date of Coverage" section in the Benefit Booklet). We are not required to pay for health care expenses incurred prior to the Effective Date.

## Minimum Participation Requirements

If you pay the entire Premium:

1. For employee coverage, requiring no contribution for such coverage by Covered Employees, all Eligible Employees must be covered under this Policy or another group plan established and maintained by you.

2. For dependent coverage, requiring no contribution for such coverage by Covered Employees, all Eligible Dependents must be covered under this Small Employer Master Policy or another group plan established and maintained by you.

If you require employees to contribute a portion of the Premium:

1. For employee coverage, at least 75 percent of Eligible Employees must be covered under this Policy or another group plan established and maintained by you.

2. For dependent coverage, at least 50 percent of Eligible Dependents must be covered under this Policy or another group plan established and maintained by you.

If these participation requirements are not

satisfied, we reserve the right to terminate this after giving you 45 days notice of such termination.

We reserve the right to request evidence of employee and dependent coverage under other plans to verify compliance with this provision.

## Voluntary Termination by the Small Employer

You may terminate this Policy at any time by giving us at least 45 days prior written notice. Coverage will not be provided on or after such termination date.  Nothing in this subsection shall affect a Covered Person's right to an extension of benefits, if applicable, in accordance with the "Extension of Benefits" section in the Benefit Booklet.

## Conditions of Renewal and Termination

This Policy is conditionally renewable.  This means that it automatically renews each year on your Anniversary Date unless terminated earlier in accordance with its terms.  We may terminate this Policy or refuse to renew it if:

1.  you fail to pay Premiums in accordance with its terms or we have not received timely Premium payments;

2.  you perform an act, or engage in any practice, that constitutes fraud or make an intentional misrepresentation of material fact; or

3.  you fail to comply with a material provision which relates to rules for Small Employer contributions or Covered Employee participation.

4.  you cease to be a "Small Employer" under section 627.6699(3)(v) *Florida Statutes.*

If we decide to terminate the Policy or not renew it based on one or more of the circumstances mentioned above, we will give you at least 45

days advance written notice, except in the case of failure to pay Premiums.  Refer to the Termination by Us for Non-Payment of Premium subsection.

## Termination Based on Discontinuation of Form

We may decide to discontinue this form, which means this Policy is terminated, but may do so only if:

1.  we cease to offer this form in the small-group market in accordance with *Florida Insurance Code*;

2.  we provide notice to all groups and individuals having coverage under this form of the discontinuation of this form at least 90 days prior to the date of non-renewal; and

3.  we offer to all groups having coverage under this form the option to purchase any other insurance form currently being offered for purchase by us in the small group market.

## Termination Based on Discontinuation of all Policies in Small Group Market

We may terminate this Policy if we elect to terminate all of the policies we have issued in the small group market in this state.  In that case, we will provide notice, at least 180 days prior to the date of non-renewal, to the Office of Insurance Regulation and to all small groups and each Covered Employee.  If we terminate coverage pursuant to this provision, any unused Premium will be returned to you.

## Termination by Us for Non-Payment of Premium

This Policy will automatically terminate as of the applicable Premium due date if we do not receive the full Premium payment prior to the end of the Grace Period (see the Grace Period subsection of the "Payment Provisions" section).

In the event of such termination, you are obligated to pay the following:

1. any portion of the Premium due for coverage provided by us prior to termination;

2. the amount of any payments made by us for health care expenses incurred by persons who were covered under the policy; and

3. any amounts otherwise due us.

We will mail you a written notification within 45 days after the date the Premium is due, that this Policy has terminated.  This notification will tell you the reasons for termination.

## Notification of Termination to Covered Employees

It is your responsibility to immediately notify each Covered Employee of termination of this Policy for any reason.

## Representations Made by, and Obligations of, the Small Employer

In agreeing to provide coverage in accordance with the terms of this Policy, we rely on the representations you made when you applied for coverage with us and your representation that you have authority to act on behalf of all Covered Employees and Covered Dependents with respect to this Policy.  Consequently, every act by, agreement with, or notice given to you, will be binding on all Covered Persons.  You agree that you will offer the opportunity to all Eligible Employees to become a Covered Employee under the Group Plan.  While you may require a Covered Employee to pay a portion of the Premium due us, you agree that you will contribute toward the cost of coverage which you purchased.

You agree that, if requested by us, you will distribute to Covered Persons the Benefit Booklet (and any Endorsements to it) and other coverage materials.

## Effective Date for Eligible Employees

Subject to the eligibility requirements set forth in the "Eligibility for Coverage" section in the Benefit Booklet (and any Endorsements), an Eligible Employee becomes eligible for coverage on the next Premium due date following the satisfaction of any Waiting Period established by you, provided the appropriate Enrollment Form is submitted to us within 30 days of the date the Eligible Employee first meets the applicable eligibility requirements.  The designated Waiting Period is shown on the Small Employer Application which you submitted to us.

# Payment Provisions

## Monthly Invoice

We will prepare a monthly invoice of the Premium which is due on or before the due date. This monthly invoice may also reflect any pro-rated charges and credits resulting from changes in the number of Covered Persons and changes in the types of coverage that took place in the previous or current month.

If you become aware that a Covered Person will become ineligible, you must provide us with written notice of such ineligibility on or before the date that the individual is, or will become, ineligible.  If a Covered Person becomes ineligible for coverage for any reason, you are specifically required to provide written notice to us of such ineligibility no later than 10 days after such ineligibility.  In the event that you do not comply with the notice requirements, you shall be liable to us for the Premium due for any individual for which we make claims payments under this Policy.

You must pay the total amount of the invoice, minus any deletions for Covered Employees who became ineligible for coverage during the current month.  Do not add names to an invoice, change coverage, or pay for an employee whose name does not appear on the invoice.  No changes can be made to an invoice unless an applicable signed Enrollment Form is on file and submitted to us.

**Other than as specifically set forth in this Small Employer Master Policy, BCBSF is not obligated to provide coverage or benefits for any individual for whom Premium has not been received by BCBSF in advance.  In addition, BCBSF is not obligated to refund Premiums paid on behalf of any individual who was then listed on our enrollment records as a Covered Person.**

## Premium Payment Due Date

The first Premium payment is due before the Effective Date of the Policy.  Each following Premium payment is due monthly, unless you agree with us on some other method and/or frequency of Premium payment.  The Premium is due and payable on or before the first day of each succeeding calendar month to which such payments apply, unless you agree with us to have the 15th day of each month as the Premium payment due date.

## Grace Period

This Policy has a ten (10)-day Premium payment Grace Period, which begins on the date the Premium payment is due.  If we do not receive the required Premium payment on or before the date it is due, it may be paid during this Grace Period.  Coverage will stay in force during the Grace Period.  If Premium payments are not received by the end of the Grace Period, coverage will automatically terminate effective as of the applicable due date.

## Changes in Premium

We may modify the amount of Premium at any time after the initial term.  However, if the composition of the Small Employer or benefits are changed, we may modify the Rates during the initial 12-month period.  We shall provide at least 45 days prior written notice to you of any such change.  Premium payments submitted to us following receipt of any such written notice of change constitutes your acceptance of such change.  You must immediately notify each Covered Employee of any such change that affects the Covered Employee's financial contribution requirement.

If an increase in Premium takes place on a date other than the Premium payment due date, a pro-rated increase will be applied from the date

of the increase to the next payment due date.  If a decrease in Premium takes place on a date other than the Premium payment due date, a pro-rated credit will be applied from the date of the decrease to the next Premium payment due date.

## Incorrect Premium Payment

Any Premium adjustment made due to the correction of an error in the Premium payments will be made without interest after the facts are made known to BCBSF.

## Other Rules Regarding the Payment of Premiums

1.  In the event we do not receive Premium payment prior to the applicable due date, we reserve the right to suspend payment of claims for Health Care Services rendered to a Covered Person, on or after the applicable Premium due date.

2.  We are not required to retroactively terminate this Policy or coverage for any Covered Person.

3.  If full payment of the Premium is not paid when due, this Policy will automatically terminate as of the applicable Premium payment due date provided notification is sent to you within 45 days after the date the Premium is due.

# General Provisions

## Administration

You must provide us with any information we need to administer the coverage and/or benefits to be provided or needed to compute the Premium due.  While this coverage is in force, we have the right, at any reasonable time, to examine your records on any issues necessary to verify information provided by you.

## Assignment and Delegation

You may not assign, delegate or otherwise transfer this Policy and the obligations hereunder without our written consent.  Any assignment, delegation, or transfer made in violation of this provision shall be void.  We may assign, delegate or otherwise transfer this Policy to our successor in interest or an affiliated entity without your consent at any time.

## Benefit Booklet

We will provide a Benefit Booklet and Identification Card for each Covered Employee. The Benefit Booklet will describe the coverage and benefits to be provided to Covered Persons by us.

You agree that, if requested by us, you will distribute the Benefit Booklet (and any Endorsements to it) and other coverage materials to Covered Persons.

## Changes to the Small Employer Master Policy

No person may change, modify, or revise the written terms or provisions of this Small Employer Master Policy unless such change is made by a written Endorsement signed by one of our duly authorized officers.  This is the only manner in which a change may be made to this Small Employer Master Policy.  For example, no employee or agent of BCBSF or the Small Employer can change or waive the written terms

or provisions of this Small Employer Master Policy except as stated in the first sentence of this paragraph.

## Enrollment Records

1.  Furnishing and Maintaining Enrollment Records:

    You must provide any information required by us for the purpose of creating and maintaining enrollment records, processing terminations, and recording changes in family status.  In addition, you and each Eligible Employee must submit accurate and complete Enrollment Forms in a timely manner.  You are responsible for collecting the Enrollment Forms, reviewing them for accuracy and completeness, and forwarding them to BCBSF, along with the applicable Premium payment.  All enrollment record information, which is relevant to the eligibility or coverage status of any individual, must be made available to us for inspection and copying upon request.

    **Errors or Delays:**

    Clerical errors or delays by us in maintaining enrollment records regarding Covered Persons will not invalidate coverage which would otherwise be validly in force, or continue coverage which would otherwise be validly terminated, provided you have furnished us with timely and accurate enrollment information.  Errors or delays by you in furnishing accurate enrollment information to us will not affect our right to strictly enforce any and all eligibility requirements.  You are liable to us for any claims payments made by us on behalf of any individual who was not eligible for coverage at the time the Health Care Service was rendered.

## Entire Agreement

This Small Employer Master Policy sets forth the exclusive and entire understanding and agreement between the parties and shall be binding upon all Covered Persons, the parties, and any of their subsidiaries, affiliates, successors, heirs, and permitted assignees.  All prior negotiations, agreements, and understandings are superseded hereby.  No oral statements, representations, or understanding by any person can change, alter, delete, add or otherwise modify the express written terms of the Small Employer Master Policy, which includes the terms of coverage and/or benefits set forth in the Benefit Booklet, the Schedule of Benefits, and any Endorsements.

## Financial Responsibilities of the Small Employer

We reserve the right to recover any benefit payments made to or on behalf of any individual whose coverage has been terminated.  Our recovery efforts may relate to benefit payments made for Health Care Services rendered subsequent to the Covered Person's termination date and prior to the date notice of coverage termination is required to be made by you.  Your cooperation and support of such recovery efforts is required.

In the event that you do not comply with the notice requirements set forth in the Monthly Invoice subsection of the "Payment Provisions" section, you shall be solely liable to us, to the extent of any payment made on behalf of such individual, for Health Care Services rendered subsequent to the date notice of a Covered Person's termination was due.

## Indemnification

You shall hold harmless and indemnify BCBSF against all claims, demands, liabilities, or expenses (including reasonable attorney fees and court costs), which are related to, arise out of, or are in connection with, any of your acts or omissions, or acts or omissions of any of your employees or agents, in the performance of your obligations under this Policy.  We are not your agent, nor are you our agent, for any purpose.

## Membership Provision

As a holder of an insurance policy issued by us, you are a member of BCBSF.  As such you have all the rights, privileges, and obligations provided in the Articles of Incorporation and our bylaws currently in force and as may be amended from time to time.

The annual meeting of the members shall be held for the purpose of electing the Board of Directors and transacting such other business as may be properly brought before the meeting.

At all meetings of our members, each member shall be entitled to cast a number of votes equal to the amount of Premiums attributed to such member in the month of record, as determined by us (e.g., a Premium of $27.36 in that month will be equal to 27.36 votes).  All proxies shall be filed with our Secretary before the meeting at which the proxy is to be voted.

## Representations on the Small Employer Application and the Enrollment Forms

We rely on the information you and your Eligible Employees provide, to determine whether to issue coverage; the appropriate Rate and financing method; and eligibility for coverage.  All such information must be accurate, truthful, and complete.  Statements made on the Small Employer Application and the Enrollment Forms are representations and not warranties.

We may cancel, terminate, or void this Policy if the information you provide is fraudulent, or if you make an intentional misrepresentation.

## Reservation of Right to Contract

We reserve the right to contract with any individuals, corporations, associations,

partnerships, or other entities, for assistance with the servicing of coverage and benefits to be provided by us, or obligations due, under this Policy.

## Service Mark

You, on behalf of the Small Employer and your Covered Employees, hereby expressly acknowledge your understanding that the Small Employer Master Policy constitutes a contract solely between you and BCBSF.  We are an independent corporation operating under a license with the Blue Cross and Blue Shield Association, an association of independent Blue Cross and/or Blue Shield Plans (the "Association"), permitting us to use the Blue Cross and Blue Shield Service Mark in the state of Florida and that we are not contracting as the agent for the Association.  You further acknowledge and agree that you have not entered into this contract based upon representations by any person other than us and that no person, entity, or organization other than us shall be held accountable or liable to you for any of our obligations created under this Policy. This paragraph shall not create any additional obligations whatsoever on our part other than those obligations created under other provisions of this Policy.

## Third Party Beneficiary

This Small Employer Master Policy was entered into solely and specifically for the benefit of BCBSF and the Small Employer.  The terms and provisions of the Small Employer Master Policy shall be binding solely upon, and inure solely to the benefit of, BCBSF and the Small Employer, and no other person shall have any rights, interest or claims under this Small Employer Master Policy, including the Benefit Booklet, or be entitled to sue for a breach thereof as a third-party beneficiary or otherwise.  BCBSF and the Small Employer hereby specifically express their intent that health care Providers that have not entered into contracts with BCBSF to participate

in BCBSF's Provider networks shall not be third-party beneficiaries under this Small Employer Master Policy, including the Benefit Booklet.

# Medicare Secondary Payer Provisions

In order to ensure compliance with the applicable Medicare laws, you are required to advise us, without delay, of any Covered Person who will be, or is, covered under this Policy prior to, or immediately following the date such Covered Person becomes so covered (e.g., prior to the Covered Person's 65th birthday). Additionally, you are required to advise us, without delay, of the Medicare status of any Medicare beneficiary who applies for coverage, prior to such individual's Effective Date. **You shall indemnify and hold us harmless to the extent of any liability, including attorney fees and costs that result directly or indirectly from your failure to so advise us.**

In any circumstances under which the Medicare statute requires that coverage under the Policy be primary for any Covered Person, you MAY NOT offer, subsidize, procure or provide a Medicare supplement policy to such Covered Person. Also, you MAY NOT induce such Covered Person to decline or terminate his or her group health coverage and elect Medicare as primary payer.

**Note:** You are subject to the federal laws described in this section. Individuals with questions regarding their rights under those laws should direct their questions to you.

## Working Elderly

If you employ 20 or more persons for 20 or more weeks of the current or preceding Calendar Year, or if you are a member of a multi-employer group health plan that includes at least one employer with 20 or more employees and the Policy provides primary coverage for employees and/or their spouses age 65 or older who are covered under the Policy, you agree to the following terms:

1.  You shall provide us, without delay, the names of employees, age 65 or older:

    a.  who are covered under this Policy;

    b.  who are employed (not retired);

    c.  who have not elected Medicare as primary payer of their health insurance claims; and

    d.  who are not eligible for Medicare due to end stage renal disease (ESRD).

2.  You shall also provide us, without delay, the names of spouses, age 65 or older, of current employees of any age:

    a.  who are covered under this Policy;

    b.  who have not elected Medicare as primary payer of their health insurance claims; and

    c.  who are not eligible for Medicare due to ESRD.

    The names required to be provided as set forth above, along with any other identifying information requested by us, shall be provided to us on or before the 65th birthday of the employee or spouse or on or before the date the individual enrolls with us.

3.  For an enrolled individual who meets one of the descriptions in paragraphs 1 or 2 directly above, we will provide group health coverage, as set forth in the Benefit Booklet, on a primary basis beginning with the first day of the month in which the individual attains age 65 or the date of enrollment, if the individual is 65 or over at the time of enrollment.

4.  Individual entitlement to primary coverage under this subsection will terminate automatically:

    a.  for a current employee, age 65 or older, when he or she elects Medicare as the primary payer or when he or she

becomes eligible for Medicare due to ESRD;

b.  for the spouse, age 65 or older, of a current employee of any age, when the spouse elects Medicare as the primary payer or when the spouse becomes eligible for Medicare due to ESRD.

You are required to provide us, without delay, the names of any current employees and/or spouses of such employees, age 65 or older, who choose Medicare as primary payer of their health insurance claims or who become eligible for Medicare due to ESRD.

Under Medicare, you MAY NOT offer, subsidize, procure or provide a Medicare supplement insurance policy to such individual.  Also, you MAY NOT induce such individual to decline or terminate his or her group health coverage and elect Medicare as his or her primary payer.

5.  Entitlement of the employee and/or spouse to primary coverage under this subsection will terminate automatically when:

a.  the employee retires; or

b.  the employee no longer meets the employer eligibility requirements.

You are required to notify us, without delay, of the retirement or reduction to a part-time schedule of any employee who has received primary coverage pursuant to this subsection or whose spouse has received primary coverage pursuant to this Working Elderly subsection.

6.  The primary coverage described in this subsection will not be provided in the case of a group that is a member of a multi-employer group health plan where that group has fewer than 20 employees and the plan has elected treatment of that group's employees under the exception for Small employers described in 42 U.S.C. §1395y(b)(1) (A)(iii).

**Note:** You must immediately report changes in the number of employees any time the number of employees goes below or above 20 including pertinent changes in multi-employer group health plans.

## Individuals with End Stage Renal Disease

Primary coverage is provided for your current and former employees and/or their dependents who are covered under this Policy and who are entitled to Medicare coverage because of end stage renal disease ("ESRD"), pursuant to the following terms:

1.  You are required to provide us, without delay, information, including, but not limited to, the following:

a.  the names of any individuals who are or will be undergoing a regular course of renal dialysis;

b.  the names of any individuals who will receive or already have received a kidney transplant;

c.  the beginning date of such dialysis or the date of such transplant;

d.  the individual's date of birth, gender, and social security number;

e.  health insurance claim number;

f.  relationship of each covered individual to the employee (i.e., employee, employee's spouse, or employee's dependent child);

g.  reason for Medicare entitlement;

h.  Medicare Part A effective date;

i.  employee's social security number;

j.  contract number;

k.  current employment status;

l.  coverage Effective Date;

m.  coverage termination date;

n.  group number;

o.  benefits provided (e.g., hospital benefits only, medical benefits only, or all other); and

p.  type of coverage provided (e.g., self, family, etc.).

2.  For an enrolled individual who is entitled to Medicare coverage because of ESRD, we will provide group health coverage, as set forth in the Benefit Booklet, on a primary basis for 30 months beginning with the earlier of:

a.  the month in which the individual became entitled to Medicare Part A ESRD benefits; or

b.  the first month in which the individual would have been entitled to Medicare Part A ESRD benefits if a timely application had been made.

If Medicare was primary prior to the individual becoming eligible due to ESRD, then Medicare will remain primary (e.g., persons entitled due to disability whose employer has less than 100 employees, retirees and/or their spouses over the age of 65).  If group health coverage was primary prior to ESRD entitlement, group health coverage will remain primary for the ESRD coordination period.  For individuals eligible for Medicare due to ESRD, BCBSF will provide group health coverage, as set forth in the Benefit Booklet, on a primary basis for 30 months.

Under Medicare, you MAY NOT offer, subsidize, procure or provide a Medicare supplement policy to such individual or induce such individual to decline or terminate his or her group health coverage and elect Medicare as his or her primary payer.

## Miscellaneous

1.  This "Medicare Secondary Payer Provisions" section shall be subject to, and modified, if necessary, to conform to or comply with, and

interpreted with reference to, the requirements of federal statutory and regulatory Medicare Secondary Payer provisions as those provisions relate to Medicare beneficiaries who are covered under this Policy.

2.  We will not be liable to you or to any individual covered under this Policy due to any non-payment of primary benefits resulting from any failure of performance of your obligations as set forth in this section.

3.  If we should elect to make primary payments covering Services rendered to Covered Persons described in this section in a period prior to receipt of the information required by the terms of this section, we may require you to reimburse us for such payments.  Alternatively, we may require you to pay, as additional Premium, the rate differential that resulted from your failure to provide us with the required information in a timely manner.

4.  You shall indemnify and hold us harmless to the extent of any liability that we may be charged with on account of improper primary Medicare payments that were made as a result of any failure of performance of your obligations as set forth in this section.

**Note:**  You are subject to the federal laws described in this section.  Individuals with questions regarding their rights under those laws should direct their questions to you.

# COBRA Administrative Services Provisions

The following rules apply if the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), as amended, applies to the Small Employers who employed 20 or more employees in the preceding Calendar Year.

## Your Obligations

1.  You are responsible for all aspects of the administration of COBRA with respect to the group health coverage provided by the Group Plan.

2.  You specifically delegate to us the right to designate an administrator (COBRA Administrator) to perform COBRA administration responsibilities as provided in the Obligations of the COBRA Administrator subsection.

3.  You delegate the COBRA administration responsibilities to the COBRA Administrator designated by us as specified in the Obligations of the COBRA Administrator subsection.

4.  **You retain responsibility for the following COBRA administrative duties:**

    a.  You will complete and provide all notices and Enrollment Forms to the Covered Persons (including the initial notice of COBRA rights) required under COBRA, using forms or sample forms provided by the COBRA Administrator.

    b.  You will provide a copy of the Enrollment Form to the COBRA Administrator at the same time it is sent to the beneficiary.

    c.  You will determine the applicable Premium for qualified beneficiaries in accordance with this Policy with us.

    d.  You will remit Premiums to us on behalf of the qualified beneficiary until we receive notice from the Small Employer that such beneficiary is no longer entitled to COBRA coverage.

5.  By entering into this Policy, you agree to indemnify and hold us and the COBRA Administrator, including any directors, officers, employees, and agents harmless against any and all claims, lawsuits, settlements, judgments, costs, taxes, and expenses, including reasonable attorney fees directly resulting from or arising out of your failure to perform COBRA administration responsibilities not delegated to the COBRA Administrator.

6.  Upon receipt of notice from us that a COBRA Administrator is no longer designated pursuant to the Obligations of the COBRA Administrator subsection to then perform COBRA administration for the Small Employer, you shall resume responsibility for all COBRA administration.

## Our Obligations

1.  On behalf of the Small Employer, we may designate a COBRA Administrator to perform the COBRA administration responsibilities specified in the Obligations of the COBRA Administrator subsection and may enter into a contract with the COBRA Administrator for that purpose.  In this event, it is understood that:

    a.  The COBRA Administrator is not our agent.

    b.  We are not responsible for the COBRA Administrator's performance of the duties as specified in the Obligations of the COBRA Administrator subsection.

2.  We, on behalf of the Small Employer, will allocate part of the fees charged to the Small Employer to the COBRA Administrator for the services provided in the Obligations of

the COBRA Administrator subsection, and will authorize the COBRA Administrator to retain the COBRA administration fee charged to qualified beneficiaries.

3. We are not the plan administrator or plan sponsor for purposes of COBRA and have no responsibility for your COBRA administration obligations except for the designation of a COBRA Administrator pursuant to Paragraph 2 of the Your Obligations subsection.

4. To the extent required by COBRA, and upon timely receipt of Premiums and proper Enrollment Forms, we will provide coverage to the qualified beneficiaries after the period their coverage would normally cease under the Group Plan.

5. We will not be responsible for determining whether a Covered Person is eligible to receive continuation coverage; such determination is based on the requirements of COBRA and the procedures established by the COBRA Administrator if then designated.

6. If you or the Covered Person fails to meet any obligations under the Group Plan or COBRA, we will not be liable for any claims of the Covered Person after his or her termination of coverage.

## Obligations of the COBRA Administrator

1. The person or entity designated by us to be the COBRA Administrator pursuant to Paragraph 2 of the Your Obligations subsection shall be responsible for the following functions:

    a. Determining application of COBRA to the Small Employer;

    b. Receiving COBRA election forms from beneficiaries;

    c. Maintaining records of COBRA continuation coverage Premiums;

    d. Billing and collecting Premiums from COBRA beneficiaries;

    e. Providing notification of non-payment of COBRA continuation coverage Premiums;

    f. Providing notification of conversion rights, if any, on termination of COBRA coverage;

    g. Remitting COBRA continuation coverage Premiums to the Small Employer;

    h. Establishing and maintaining records of COBRA continuation coverage;

    i. Providing necessary forms, materials, and manuals to the Small Employer;

    j. Establishing procedures to verify eligibility for COBRA continuation coverage;

    k. Developing all correspondence and notices to COBRA beneficiaries;

    l. Providing a reasonable level of customer service with respect to its COBRA responsibilities;

    m. Retaining and maintaining confidentiality of records, as required by law, providing an adequate disaster recovery program, and allowing the Small Employer reasonable access to the records;

    n. On termination of its responsibilities as COBRA Administrator for the Small Employer, furnishing all records necessary for continued administration of the Small Employer's COBRA responsibilities to the Small Employer or its agent.

2. The COBRA Administrator is not responsible for notifying Covered Persons or any other parties entitled to notices with regard to

COBRA continuation coverage rights, or for providing them with Enrollment Forms.

3. The COBRA Administrator designated pursuant to paragraph 2 of the Your Obligations subsection shall agree to indemnify the Small Employer and us, and their directors, officers, employees and agents against any and all claims, lawsuits, settlements, judgments, costs, taxes and expenses, including reasonable attorney fees, directly resulting from or arising out of the failure of the COBRA Administrator to perform the obligations specified in this Obligations of the COBRA Administrator subsection.

## Obligations of the Covered Persons

1. A Covered Person must contact the Small Employer to determine if he or she is entitled to COBRA continuation coverage.

2. If COBRA applies to the Small Employer, Covered Persons may elect, if COBRA applies to the Small Employer, to continue their group health coverage if they qualify under one of the circumstances specified in the "Continuing Coverage" section of the Benefit Booklet and satisfy all of the requirements for such coverage including payment of required Premiums.

3. The Covered Person must provide you with all required notices, within the time period and in the form required by COBRA, the Small Employer, and the COBRA Administrator, including but not limited to, notice of:

    a. Notice of Medicare entitlement, divorce or legal separation, or the failure of a dependent child to meet the eligibility requirements of the Group Plan;

    b. coverage under another group health plan; and

    c. with respect to Covered Persons who are eligible to receive additional periods

of coverage under COBRA in the event that the Covered person is disabled, a determination by the Social Security Administration that the Covered Person is disabled, or a determination by the Social Security Administration that the Covered Person has ceased to be disabled.

This section shall not be interpreted to grant to any Covered Person any continuation rights in excess of those required by COBRA. Additionally, this section shall be interpreted so as to comply with COBRA and any changes to COBRA that are mandatory with respect to the Small Employer.

# BlueCard®

Like all Blue Cross and Blue Shield Licensees, BCBSF participates in a program called "BlueCard". Whenever a Covered Person accesses Health Care Services outside the geographic area we serve, the claim for those Services may be processed through BlueCard® and presented to us for payment in conformity with network access rules of the BlueCard® Policies then in effect ("Policies"). Under BlueCard®, when a Covered Person receives Covered Health Care Services within the geographic area served by an on-site Blue Cross and/or Blue Shield Licensee ("Host Blue"), we will remain responsible to you for fulfilling our contract obligations. However, the Host Blue will only be responsible, in accordance with applicable BlueCard® Policies, if any, for providing such services as contracting with its participating Providers and handling all interaction with its participating Providers. The financial terms of BlueCard® are described generally below.

## Liability Calculation Method per Claim

The calculation of a Covered Person's liability on claims for Covered Health Care Services incurred outside the geographic area we serve and processed through BlueCard® will be based on the lower of the Provider's billed charges or the negotiated price we pay the Host Blue.

The methods employed by a Host Blue to determine a negotiated price will vary among Host Blues based on the terms of each Host Blue's Provider contracts. The negotiated price paid to a Host Blue by us on a claim for Health Care Services processed through BlueCard® may represent:

(i)    the actual price paid on the claim by the Host Blue to the health care Provider ("Actual Price"), or

(ii)   an estimated price, determined by the Host Blue in accordance with BlueCard® Policies, based on the Actual Price increased or reduced to reflect aggregate payments expected to result from settlements, withholds, any other contingent payment arrangements and non-claims transactions with all of the Host Blue's health care Providers or one or more particular Providers ("Estimated Price"), or

(iii)  an average price, determined by the Host Blue in accordance with BlueCard® Policies, based on a billed charges discount representing the Host Blue's average savings expected after settlements, withholds, any other contingent payment arrangements and non-claims transactions for all of its Providers or for a specified group of Providers ("Average Price"). An Average Price may result in greater variation to you and the Covered Person from the Actual Price than would an Estimated Price.

Host Blues using either the Estimated Price or Average Price will, in accordance with BlueCard® Policies, prospectively increase or reduce the Estimated Price or Average Price to correct for over- or underestimation of past prices. However, the amount paid by the Covered Person is a final price and will not be affected by such prospective adjustment.

Statutes in a small number of states may require a Host Blue either (1) to use a basis for calculating the Covered Person's liability for Covered Health Care Services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or (2) to add a surcharge. Should any state statutes mandate liability calculation methods that differ from the negotiated price methodology or require a surcharge, we would then calculate the Covered Person's liability for any Covered Health Care

Services in accordance with the applicable Host Blue state statute in effect at the time the Covered Person received those services.

## Return of Overpayments

Under BlueCard[®], recoveries from a Host Blue or from participating Providers of a Host Blue can arise in several ways, including, but not limited to, anti-fraud and abuse audits, Provider/Hospital audits, credit balance audits, utilization review refunds, and unsolicited refunds.  In some cases, the Host Blue will engage third parties to assist in discovery or collection of recovery amounts.  The fees of such a third party are netted against the recovery.  Recovery amounts, net of fees, if any, will be applied in accordance with applicable BlueCard[®] Policies, which generally require correction on a claim-by-claim or prospective basis.

# Summary of Benefits and Coverage Endorsement

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. ("BCBSF") Small Employer Master Policy and any Endorsements attached thereto.  If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

## GENERAL PROVISIONS

The following **new** subsection is <u>added.</u>

### Summary of Benefits and Coverage

Section 2715 of the Public Health Services Act ("PHSA"), as added by the Patient Protection and Affordable Care Act and any promulgated regulations and guidance ("SBC Rules") require group health plans, group health plan administrators, and health insurers offering group health coverage to provide a Summary of Benefits and Coverage ("SBC").  An SBC must be provided to your employees and their dependents, at the following times, and under the following circumstances:

1.  upon application for coverage;

2.  by the first day of coverage (if there are changes to the SBC after application);

3.  to special enrollees;

4.  upon renewal; or

5.  upon request for an SBC or summary information about health coverage.

Additionally, when a material modification (as defined under section 102 of ERISA) is made to the terms of a plan or coverage occurring outside a renewal or reissuance that would affect the most recently provided SBC, notice must be provided to each person covered under such plan 60 days in advance of the change.

BCBSF will provide you or your designated representative or agent with an SBC for each BCBSF benefit plan you offer for you to distribute to your Eligible Employees and their dependents in accordance with the following:

1.  You agree to provide an SBC to your Eligible Employees and their dependents as required by the SBC Rules, within the required time frames, and in compliance with the delivery rules including electronic delivery requirements.  The SBC Rules only require providing an SBC to dependents if they live at a different address than the employee.

2.  You agree to distribute the SBC in the manner and appearance as specified in the SBC Rules.  For example, the SBC must be provided either (1) as a stand-alone document; or (2) in combination with other summary materials (such as a Summary Plan Description (SPD)).  The SBC must be intact and prominently displayed at the beginning of any other summary materials (such as immediately after the table of contents in an SPD).

3.  You agree to provide a complete and accurate SBC with respect to each benefit plan you offer to your eligible employees and their dependents.  For example, you are responsible for creating an SBC for any benefits not insured by BCBSF.  To the extent the SBC Rules require you to incorporate such information into a single SBC document you are responsible for incorporating all such information into a single SBC and providing it to your Covered and Eligible Employees and their dependents.

4.  You agree to provide notice to your Covered Employees and their dependents 60 days prior to a material modification that affects the most recently provided SBC.

5.  You agree to retain records related to the delivery of the SBCs and compliance with the SBC Rules. These records must be made available to BCBSF for inspection and copying upon request.

6.  You agree to indemnify and hold BCBSF harmless from any damages, loss, action, claim or suit, including court costs and attorney's fees, arising from, or related to, your failure to provide a complete, accurate and timely SBC to your Covered and Eligible Employees and their dependents in accordance with the SBC Rules.

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Master Policy, other than as specifically stated in the provisions contained in this Endorsement.  In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Master Policy, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Patrick J. Geraghty
Chairman of the Board and Chief Executive Officer

# BCBSF Health Care Reform Master Policy Endorsement

This Endorsement is to be attached to and made a part of the Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Master Policy including any Endorsements attached thereto.  If you have any questions concerning this Endorsement, please call Blue Cross and Blue Shield of Florida toll free at 800-FLA-BLUE.

## Administrative Provisions

The following new subsection is <u>added</u>:

### Employer Obligation to Report Contribution Rate and Changes

If one or more of your plans is considered a "grandfathered health plan" as that term is used under the federal law known as the Patient Protection and Affordable Care Act (PPACA), you agree to provide us with the following information regarding each plan:

- Your current contribution rates by tier of coverage;

- Your contribution rates by tier of coverage that were effective on March 23, 2010; and

- Any changes you make to your contribution rates by tier at any time during the term of this Master Policy.  You must report any such contribution rate change to us with at least 30 days advance written notice.

This information is required by PPACA so that we can verify that you continue to maintain grandfathered status.  Remember, any change that results in a reduction in contribution by tier of greater than 5 percentage points will cause a loss in grandfathered health plan status.

### Employer agreement to transfer upon termination of grandfathered health plan status

You understand and agree that upon loss of grandfathered health plan status we shall, at our sole discretion, either, 1) modify your current health plan to comply with the provisions of PPACA applicable to non-grandfathered health plans; or 2) transfer your health plan to a comparable health plan that is already non-grandfathered.  Such modification or transfer shall take place at the date specified by us and may include modified rates.

You agree that any action you take that causes a loss in grandfathered health plan status constitutes automatic consent for us to modify your coverage or transfer your group health plan to a comparable group health plan, as described in the paragraph above.  You further agree to any rate change associated with the change in your coverage as a result of the loss of grandfathered health plan status.

## General Provisions

The following new subsections are <u>added</u>:

### Grandfathered Health Plan Indemnification

There are certain actions that are solely within your control, as the employer, that can cause a loss in grandfathered health plan status.  As such, if you wish to retain grandfathered health plan status, please recognize that we make no representations that your group health plan will retain grandfathered health plan status where you take unilateral action that may cause a loss

in grandfathered health plan status.  For example, if you:

- Reduce your contribution percentage by more than 5%;

- Acquire another corporation, or merge another corporation into your health plan solely to add enrollees to your health plans; and/or

- Transfer employees from one health plan to another with no bona fide employment-based reason for the transfer;

You will likely lose your grandfathered health plan status.  Since we have no control over the above actions and other such unilateral actions identified in the grandfathering health plan interim final regulations found at 75 FR 34537 (June 17, 2010), as may be amended from time to time, we disclaim all responsibility for compliance with grandfathering health plan rules for such unilateral actions.

You agree to indemnify BCBSF for any and all penalties and/or fines and costs associated therewith for such unilateral actions taken by you that cause a loss in grandfathered health plan status.  We encourage you to read the grandfathering health plan rules and work with your attorney to ensure compliance with such rules.

## Medical Loss Ratio – Rebates

Federal law requires that BSBSF return that portion of premiums where BCBSF's claims and quality improvement costs fall below a specified minimum Medical Loss Ratio (MLR) for the entire small group market.  This return of premium is known as a "rebate".  MLR is determined by the federal government and sets a minimum percentage of total premiums that must be attributed to claims and quality

improvement expenses.  This is calculated in accordance with Section 2718 of the Public Health Services Act ("PHSA"), as added by the Patient Protection and Affordable Care Act (the "ACA" or the "Act") and any promulgated regulations.  While we make every effort to meet such MLR, there may be times when we will rebate a portion of the Premium amount to you and/or your Covered Employees in accordance with federal law.  Currently, such rebates, if any, are payable by August of the year following the Calendar Year in which our MLR exceeds the then current federal threshold required by Section 2718 of the Act.

In order to properly rebate that portion of Premiums due under federal law you and/or your Covered Employees agree to the following:

1. You, or your authorized representative (e.g., agent, broker, etc.), shall timely cooperate with us in determining that portion of rebate due you and provide all required information for determining your employer size under federal law.  This may require you, or your authorized representative, to complete written or electronic questionnaires and report on amounts you may be required to rebate to Covered Employees under paragraph 3, below.  Required information may include, but is not limited to, your employee and former employee addresses, whether Premium contributions are collected pre or post tax, and employee social security numbers.

2. You agree that we have the sole right to determine to whom rebates are due and how such rebates shall be provided, e.g., in the form of future Premium credits, by check, or debit card.

3. You agree that BCBSF has the sole right to choose to whom the rebate will be paid.  As such, we may rebate the entire amount due

24862 R1211 BCA
Insurance Products Master Policy Endorsement
24703 R1211 BCA

2

to you or choose to rebate the entire amount to your Covered Employees, including your portion of the rebate based upon your contribution toward coverage.  Should we choose to rebate the entire amount due to you, you agree to the following:

a.  If the Group Plan is subject to the Employee Retirement Income Security Act of 1972 ("ERISA"), then you will use the rebate in accordance with the terms of your Plan Document as that term is defined in ERISA, and treat the rebated amount as a Plan Asset as that term is defined in ERISA;

b.  If the Group Plan is not subject to ERISA, you attest, acknowledge and agree that you shall use the rebates for the benefit of the Covered Employees of your Group Plan.  You agree to use the rebates in one of the following three ways:

  i.  To reduce subscribers' portion of the annual premium for the subsequent policy year for all subscribers covered under any group health plan offered by the group;

  ii.  To reduce subscribers' portion of the annual premium for the subsequent policy year for only those subscribers covered by the group health plan on which the rebate was based; or

  iii.  To provide a cash refund only to subscribers that were covered by the group health plan on which the rebate is based.

c.  You shall timely cooperate with any data reporting requirements that we may have for reporting to the federal government the amounts rebated to you and your employees.

4.  If we choose to rebate to your Covered Employees directly, you agree that you shall not contest in any formal way, e.g. litigation, our choice to rebate to employees directly.  Furthermore, you agree that BCBSF may, in its sole discretion, choose to treat amounts that are due you as "unclaimed" as that term is defined under any promulgated regulations related to Section 2718 of the Act.  If we choose to treat the amount due as "unclaimed", you shall have the right, at any time prior to escheat to the state, to provide the information in paragraph 1 to allow for proper return of such amounts as required by Section 2718 of the Act.

5.  You acknowledge and agree that you, or your authorized representative, shall certify all information as true and correct as may be required by us on any forms provided for provision of the requested information in paragraphs 1 through 4 above.

You recognize and agree that this section shall apply to all rebates returned to you on or after June 1, 2012, regardless of which Calendar Year the rebate reflects.

You recognize that appropriately rebating amounts due you and your employees under this section is both complex and requires significant support from you.  Failure to correctly rebate may result in fines and/or other penalties being imposed on us.  If we are fined for failure to provide rebates, failure to provide rebates in a timely fashion, or failure to provide the appropriate rebates and such fines and/or penalties result from your failure to comply with the provisions of paragraphs 1 through 4, above, you agree to indemnify BCBSF for any such fines, penalties, interest or other amounts due,

including any additional rebates due as a result of improper rebating based upon information you provided or failed to provide in accordance with this process. You agree to provide such amounts to us in accordance with any required timeframe imposed upon us by the government for such failure.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in your Master Policy, other than as specifically stated in this Endorsement.  In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Master Policy, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Patrick J. Geraghty

Chairman of the Board and Chief Executive Officer

# BlueCard® Program Endorsement

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. ("BCBSF") Master Policy and any Endorsements attached thereto.  If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

The Master Policy is amended by <u>deleting</u> the BlueCard section in its entirety and <u>replacing</u> it with the following:

---

# BLUECARD® PROGRAM

---

## Out-of-Area Services

We have a variety of relationships with other Blue Cross and/or Blue Shield Licensees referred to generally as "Inter-Plan Programs".  Whenever Covered Persons access Health Care Services outside the geographic area we serve, the claim for those Services may be processed through one of these Inter-Plan Programs and presented to us for payment in accordance with the rules of the Inter-Plan Programs policies then in effect.  The Inter-Plan Programs available to Covered Persons under this policy are described generally below.

Typically, Covered Persons, when accessing care outside the geographic area we serve, obtain care from health care Providers that have a contractual agreement (i.e., are "participating providers") with the local Blue Cross and/or Blue Shield Licensee in that other geographic area ("Host Blue").  In some instances, Covered Persons may obtain care from non-participating health care Providers.  Our payment practices in both instances are described below.

## BlueCard Program

Under the BlueCard Program, when Covered Persons access Covered Services within the geographic area served by a Host Blue, we will remain responsible to the group for fulfilling our contractual obligations.  However, in accordance with applicable Inter-Plan Programs policies then in effect, the Host Blue will be responsible for providing such services as contracting and handling substantially all interactions with its participating health care Providers.  The financial terms of the BlueCard Program are described generally below.  Individual circumstances may arise that are not directly covered by this description; however, in those instances, our actions will be consistent with the spirit of the description.

## Liability Calculation Method Per Claim

The calculation of the Covered Person liability on claims for Covered Services processed through the BlueCard Program will be based on the lower of the participating health care Provider's billed covered charges or the negotiated price made available to us by the Host Blue.

Host Blues may use various methods to determine a negotiated price, depending on the terms of each Host Blue's health care Provider contracts.  The negotiated price made available to us by the Host Blue may represent a payment negotiated by a Host Blue with a health care Provider that is one of the following:

1.  **an actual price**.  An actual price is a negotiated payment without any other increases or decreases; or

2.  **an estimated price**.  An estimated price is a negotiated payment reduced or increased by a percentage to take into account certain payments negotiated with the Provider and other claim- and non-claim-related transactions.  Such transactions may include, but are not limited to, anti-fraud and abuse recoveries, Provider refunds not applied on a claim-specific basis, retrospective settlements, and performance-related bonuses or incentives; or

3.  **an average price**. An average price is a percentage of billed covered charges representing the aggregate payments negotiated by the Host Blue with all of its Providers or a similar classification of its Providers and other claim- and non-claim-related transactions.  Such transactions may include the same ones as noted above for an estimated price.

Host Blues using either the estimated price or an average price may, in accordance with Inter-Plan Programs policies, prospectively increase or reduce such prices to correct for over- or underestimation of past prices (i.e., prospective adjustments may mean that a current price reflects additional amounts or credits for claims already paid to Providers or anticipated to be paid to or received from Providers). However, the amount paid by the Covered Person is a final price; no future price adjustment will result in increases or decreases to the pricing of past claims.  The BlueCard Program requires that the price submitted by a Host Blue to us is a final price irrespective of any future adjustments based on the use of estimated or average pricing.

A small number of states require a Host Blue either (i) to use a basis for determining Covered Person liability for Covered Services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or (ii) to add a surcharge.  Should the state in which Health Care Services are accessed mandate liability calculation methods that differ from the negotiated price methodology or require a surcharge, we would then calculate Covered Person liability in accordance with applicable law.

## Return of Overpayments

Under the BlueCard Program, recoveries from a Host Blue or its participating health care Providers can arise in several ways, including, but not limited to, anti-fraud and abuse recoveries, health care Provider/ Hospital audits, credit balance audits, utilization review refunds, and unsolicited refunds.  In some cases, the Host Blue will engage a third party to assist in identification or collection of recovery amounts.  The fees of such a third party may be netted against the recovery.  Recovery amounts determined in this way will be applied in accordance with applicable Inter-Plan Programs policies, which generally require correction on a claim-by-claim or prospective basis.

**Out-of-Network Providers Outside Our Service Area**

<u>Covered Person Liability Calculation</u>

When Covered Services are provided outside of our service area by Out-Of-Network Providers, our payment will be based on the Allowed Amount as defined in the Benefit Booklet.

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Master Policy, other than as specifically stated in the provisions contained in this Endorsement.  In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Master Policy, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Patrick J. Geraghty
Chairman of the Board and Chief Executive Officer

# Rescissions Endorsement

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. ("BCBSF") Master Policy and any Endorsements attached thereto.  If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

## GENERAL PROVISIONS

The following new subsection is <u>added</u>:

### Rescissions

You represent that any eligibility and status changes you request are compliant with and permissible under applicable state and federal law, including the Patient Protection and Affordable Care Act ("ACA") and subsequent regulations.  For example, Section 2712 of the Public Health Services Act ("PHSA"), as added by the ACA prohibits canceling the policy of an employee and/or their dependent(s) for any period during which a premium was collected from the employee and/or their dependent.

You hereby agree not to collect any premium from an employee and/or their dependent(s) for a coverage period occurring after the date their policy terminates.  When submitting cancellation requests to us, you represent that you have not collected any premium from the canceled employee(s) and/or their dependent(s) for coverage after the requested termination date.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Master Policy, other than as specifically stated in the provisions contained in this Endorsement.  In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Master Policy, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

*Patrick J. Geraghty*

Patrick J. Geraghty
Chairman of the Board and Chief Executive Officer