# **EXHIBIT C**

Florida Blue
P.O. Box 44144
Jacksonville, FL 32231-4144

floridablue.com

**Florida Blue**

An Independent Licensee of the
Blue Cross and Blue Shield Association

December 14, 2013

ATTN: Nasser Razack
NASSER RAZACK
200 2ND AVE S STE 513
ST PETERSBURG FL 33701-4313

**EMPLOYER NOTICE OF CANCELLATION: NON-PAYMENT OF PREMIUM**
Group Number: 79900
Reference: 1-11509278142

Dear NASSER:

In accordance with the provisions of your Florida Blue or Florida Blue HMO contract, due to the non-payment of premium, your group contract has been canceled.

The cancellation date of your contract is 11/1/2013. In keeping with our commitment to service, we ask that you inform your employees of this termination of coverage as soon as possible. State law requires that each individual certificate holder within a group be notified of cancellation or expiration of their group policy. A separate letter will be mailed to your employees notifying them of the cancellation date of their group coverage.

Any questions you or your employees may have should be directed to your Sales Representative or Agent.

Sincerely,

Enrollment, Maintenance, and Billing Team
Phone Number: (866) 946-2583

150793404/150793404