UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                               CASE NO.: 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
d/b/a FLORIDA BLUE,

    Defendant.
_____/

## AFFIDAVIT OF AMANDA GRAHAM

STATE OF FLORIDA

COUNTY OF DUVAL
_____/

    Before me, the undersigned authority, duly authorized to administer oaths and take acknowledgements, personally appeared Amanda Graham, who upon oath having been duly sworn states:

    1.    I am a Legal Affairs Representative for Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue ("BCBSF"), and I have personal knowledge of the matters set forth in this Affidavit by virtue of my position and job responsibilities, and access to business records.

    2.    BCBSF is a Florida not for profit corporation and independent licensee of the Blue Cross and Blue Shield Association.

3.  Sabrina Finehout Randall was a participant in a BlueOptions Small Employer Group Health Insurance Plan ("the Plan") established by her employer, Neurointerventional Associates, P.A. ("NAPA").

4.  Attached to this Affidavit is a copy of the Plan, including a copy of the pertinent Plan documents: The BlueOptions Small Employer Master Policy, attached as **Exhibit A**, and the BlueOptions Benefit Booklet, attached as **Exhibit B**.

5.  BCBSF sent an Employer Notice of Cancellation on December 14, 2013, to NAPA pursuant to the provisions of the Plan. See, Exhibit A at GP-4, 5. A true and correct copy of the Employer Notice of Cancellation dated December 14, 2013, is attached hereto as **Exhibit C**.

6.  I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this __22__ day of July, 2016.

_____
Amanda Graham

Sworn to (or affirmed) and subscribed before me this 22ND day of July, 2016, by Amanda Graham, who is personally known to me/has produced _____ as identification.

_____
Notary Public – State of Florida          (SEAL, including commission number)



SUSAN MARY SCHMIT
Notary Public - State of Florida
My Comm. Expires Mar 29, 2017
Commission # EE 856654

#47345613_v1