UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                  CASE NO.:  8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
d/b/a FLORIDA BLUE,

    Defendant.

_____/

**AGREED MOTION TO APPEAR AT
CASE MANAGEMENT REPORT MEETING BY TELEPHONE**

    Defendant, Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue ("Florida Blue"), through undersigned counsel, moves the Court to approve the appearance of counsel by telephone at the meeting among counsel to prepare the Case Management Report (the "CMR Meeting") scheduled herein for **August 12, 2016 at 11a.m.** by telephone and states:

    1.    Counsel for Florida Blue is located in Jacksonville, Florida.

    2.    Counsel for Plaintiff is located in Tampa, Florida.

    3.    The Federal Rules of Civil Procedure require the parties to confer as soon as practicable on a discovery plan and submit to the Court a written report outlining the proposed plan. Fed. R. Civ. P. 26(f).

    4.    The undersigned was alerted to a provision, for the first time today, in the Court's Case Management Report form that "Lead counsel must meet *in person* and not by telephone absent an order permitting otherwise." Dkt. No. 5 at 5 (emphasis in original). The Case

Management Report form has not been served on undersigned counsel, and the above provision was called to counsel's attention in preparation for the meeting on August 12. Process was just served on Florida Blue on July 1, 2016, and Florida Blue first appeared in the case on July 22, 2016, so the parties are well within the time for holding the CMR meeting.

5. Florida Blue hereby seeks an order permitting the undersigned counsel to appear at the CMR Meeting by telephone. No prejudice to any party will result in allowing telephonic attendance.

6. Pursuant to Local Rule 3.01(g), undersigned counsel for Florida Blue represents to the Court that all counsel agree to the relief requested by this motion.

WHEREFORE, Defendant, Florida Blue, requests that this Court grant this Motion and enter an Order permitting counsel to attend the CMR Meeting on August 12, 2016, by telephone.

                **HOLLAND & KNIGHT LLP**

                s/ Timothy J. Conner
                Timothy J. Conner
                Florida Bar No. 767580
                Primary: timothy.conner@hklaw.com
                Secondary: lynette.mattison@hklaw.com
                Raymond F. Treadwell
                Florida Bar No. 0093834
                Primary: raymond.treadwell@hklaw.com
                Secondary: jennie.shiver@hklaw.com
                50 North Laura Street, Suite 3900
                Jacksonville, Florida  32202
                Telephone:  (904) 353-2000
                Facsimile:  (904) 358-1872

                *Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2016, the foregoing document was served via the Court's CM/ECF system on the following parties:

Robert W. Boos, Esq.
Bob.Boos@arlaw.com
Irain J. Gonzalez, Esq.
Ira.Gonzalez@arlaw.com
**ADAMS AND REESE, LLP**
101 East Kennedy Blvd., Suite 4000
Tampa, FL 33602
*Attorneys for Plaintiff*

The Florida Legal Advocacy Group of Tampa Bay
Adam S. Levine, M.D., J.D.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]
*Attorneys for Defendant Neurointerventional Associates, P.A.*

                                                            s/ Timothy J. Conner
                                                            Attorney