UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                      CASE NO.:  8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
d/b/a FLORIDA BLUE,

    Defendant.
_____/

## MOTION FOR LEAVE TO REPLY

    Defendant, Blue Cross and Blue Shield of Florida, Inc. ("BCBSF"), moves the Court, pursuant to Local Rule 3.01, United States District Court for the Middle District of Florida, for leave to file a reply to Plaintiff's Memorandum in Opposition to Defendant Blue Cross and Blue Shield of Florida Inc.'s Motion to Dismiss (Dkt. No. 13; "Plaintiff's Opposition"), and in support hereof states:

    1.    Plaintiff alleged in her Complaint (Dkt. No. 1) that BCBSF breached its fiduciary duties "by failing/refusing to pay the costs associated with Plaintiff's procedure."  Compl. ¶ 32.

    2.    In Plaintiff's Opposition, however, she alleges that BCBSF breached its fiduciary duties by not providing timely notice to Plaintiff "that her coverage was going to be terminated." Pl.'s Opp. at 4-5 (discussing Willett v. BCBS of Alabama, 953 F.2d 1335 (11th Cir. 1992)).

    3.    This is a new argument regarding BCBSF's alleged liability that is not set forth in the Complaint.

4. In addition, Plaintiff's Opposition relies on regulations and statutes that are not referenced, directly or indirectly, in her Complaint. See Pl.'s Opp. at 4-5 (citing 29 CFR § 2590.715-2712, 26 CFR § 54.9815–2715(b), 42 U.S.C. § 300gg–12).

5. BCBSF did not have an opportunity to address these issues in its Motion to Dismiss as they are not part of the Complaint's allegations, and it would be unfair and inequitable to allow Plaintiff to raise new issues, and effectively attempt to put forth new bases of liability through Plaintiff's Opposition. Beavers v. City of Atlanta, Ga., No. 1:13–CV–3487–AJB, 2015 WL 1509485, at *8 (N.D. Ga. Mar. 31, 2015) ("A plaintiff may not raise new claims in response to a motion to dismiss without seeking leave to file an amended complaint."); Bill Fitzgibbons, LLC v. REV Birmingham, Inc., No. 2:14–CV–268–VEH, 2014 WL 1923813, at *15 n.14 (N.D. Ala. May 12, 2014) ("A complaint may not be amended by briefs in opposition to a motion to dismiss.").

6. BCBSF should be allowed an opportunity to explain to the Court why the new issues raised by Plaintiff's Opposition are not applicable to this case. Accordingly, BCBSF requests an opportunity to briefly address these issues and legal authorities.

7. BCBSF does not intend to reargue substantive issues previously raised in its Motion.

8. BCBSF's reply brief will be no more than five (5) pages in length.

**CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has contacted counsel for Plaintiff and that Plaintiff's counsel has indicated that he does not consent to the relief requested herein.

Accordingly, BCBSF request that the Court enter an appropriate order granting this motion and giving it leave to file a reply to Plaintiff's Opposition.

**HOLLAND & KNIGHT LLP**

s/ Timothy J. Conner
Timothy J. Conner
Florida Bar No. 767580
Primary: timothy.conner@hklaw.com
Secondary: lynette.mattison@hklaw.com
Raymond F. Treadwell
Florida Bar No. 0093834
Primary: raymond.treadwell@hklaw.com
Secondary: jennie.shiver@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida  32202
Telephone:  (904) 353-2000
Facsimile:  (904) 358-1872

*Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of August, 2016, the foregoing document was served via the Court's CM/ECF system on the following parties:

Robert W. Boos, Esq.
Bob.Boos@arlaw.com
Irain J. Gonzalez, Esq.
Ira.Gonzalez@arlaw.com
**ADAMS AND REESE, LLP**
101 East Kennedy Blvd., Suite 4000
Tampa, FL 33602

*Attorneys for Plaintiff*

The Florida Legal Advocacy Group of Tampa Bay
Adam S. Levine, M.D., J.D.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]

*Attorneys for Defendant Neurointerventional Associates, P.A.*

                                                                                                        s/ Timothy J. Conner
                                                                                                       Attorney