**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SABRINA FINEHOUT RANDALL

      Plaintiff,

      vs.                         Case No.: 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A. and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
D/B/A FLORIDA BLUE

      Defendants.
_____/

**PLAINTIFF SABRINA FINEHOUT RANDALL'S CERTIFICATE**
**OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Sabrina Finehout Randall ("Plaintiff"), respectfully files her Certificate of

Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules

of Civil Procedure.

I hereby disclose the following:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

          (1)     Sabrina Finehout Randall

          (2)     Adams and Reese, LLP

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Plaintiff is unaware of any such entity at this time, other than those listed above.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Plaintiff is unaware of any such entity at this time, other than those listed above.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Sabrina Finehout Randall.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated:  August 16, 2016

Respectfully submitted,

/s/ *Irain J. Gonzalez*
Robert W. Boos, Esq.
Florida Bar No. 0558079
Primary:  bob.boos@arlaw.com
Secondary:  lisa.stallard@arlaw.com
LEAD ATTORNEY
Irain J. Gonzalez, Esq.
Florida Bar No.  0092408
Primary: ira.gonzalez@arlaw.com
Secondary: cindy.miller-tillett@arlaw.com
**ADAMS AND REESE LLP**
101 East Kennedy Boulevard, Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
Facsimile: (813) 402-2887
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 16, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/ Irain J. Gonzalez*
IRAIN J. GONZALEZ, ESQ.
