UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,
    Plaintiff,

v.                                                   Case: 8:16-cv-01531-EAK-TGW

NEUROINTERVENTIONAL ASSOCIATES, P.A.,
and BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE,
    Defendants.
_____/

**DEFENDANT NEUROINTERVENTIONAL ASSOCIATES, P.A.'S  CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    1. Neurointerventional Associates, P.A. (NIA)

    2. Nasser Razack, M.D., J.D. (NIA)

    3. Driscoll Law, P.A. (NIA)

    4. Paul J. Driscoll, Esq. (NIA)

    5. The Florida Legal Advocacy Group of Tampa Bay, P.A. (FLAGTB)

    6. Adam S. Levine, M.D., J.D. (FLAGTB)

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Defendant NIA is unaware of any other such entity.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>Defendant NIA is unaware of any other such entity.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>Defendant NIA is only aware of the Plaintiff in this action, Sabrina Finehout Randall.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**Respectfully submitted this 16th day of August 2016**

>The Florida Legal Advocacy Group of Tampa Bay
>  /s/   Adam S. Levine
>Adam S. Levine, M.D., J.D.
>Florida Bar # 78288
>1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
>(727) 512 – 1969 [Telephone]
>(866) 242 – 4946 [Facsimile]
>aslevine@msn.com [Primary E-mail]
>alevine@law.stetson.edu [Secondary E-mail]
>Trial Counsel and Counsel for Defendant
>Neurointerventional Associates, P.A.

3

**Certificate of Services**

I, Adam Levine, hereby certify that on this date a true and accurate copy of his document was filed with the Clerk of Court using the CM/ECF system which also sent a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all non-CM/ECF participants.

**Respectfully submitted this 16th day of August 2016**

    /s/   *Adam S. Levine*
Adam S. Levine, M.D., J.D.