UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SABRINA FINEHOUT RANDALL,**

   Plaintiff,

v.           Case No.: 8:16-cv-01531-EAK-TGW

**NEUROINTERVENTIONAL ASSOCIATES, P.A.,**

   **Defendant.**
_____/

## NOTICE OF SCHEDULED MEDIATION

 PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Peter J. Grilli, Esq. on:

**DATE:**  Monday, November 14, 2016
**TIME:**  1:30 p.m. (Half Day)

**LOCATION:** Office of Peter J. Grilli Mediation
     3001 West Azeele Street
     Tampa, Florida 33609

 I HEREBY CERTIFY that August 19, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

            /s/ Peter J. Grilli
            Peter J. Grilli, Esq.
            Florida Bar No. 237851
            Mediator
            3001 West Azeele Street
            Tampa, Florida 33609
            813.874.1002  Fax: 813.874.1131
            email: peter@grillimediation.com