UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                  CASE NO.: 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
d/b/a FLORIDA BLUE,

    Defendants.
_____/

**DEFENDANT, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Defendant, Blue Cross and Blue Shield of Florida, Inc. ("BCBSF"), hereby discloses the following, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Sabrina Finehout Randall, Plaintiff

    Adams and Reese, LLP, Plaintiff's counsel

    Robert W. Boos, Esq., Plaintiff's counsel

    Irain J. Gonzalez, Esq., Plaintiff's counsel

    Blue Cross and Blue Shield of Florida, Inc., Defendant

    GuideWell Mutual Holding Corporation, BCBSF's parent corporation

    Holland & Knight LLP, Defendant BCBSF's counsel

      Timothy J. Conner, Esq., Defendant BCBSF's counsel

      Raymond F. Treadwell, Esq., Defendant BCBSF's counsel

      Neurointerventional Associates, P.A. ("NAPA"), Co-Defendant & ERISA Plan sponsor

      Nasser Razack, M.D., J.D. (NAPA)

      Driscoll Law, P.A. (NAPA)

      Paul J. Driscoll, Esq. (NAPA)

      The Florida Legal Advocacy Group of Tampa Bay, P.A., Co-Defendant NAPA's counsel

      Adam S. Levine, M.D., J.D., Co-Defendant NAPA's counsel

      2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None known.

      3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      None known.

      4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      Defendant BCBSF is only aware of the Plaintiff in this action, Sabrina Finehout Randall.

      I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

                                        **HOLLAND & KNIGHT LLP**

                                          s/ Timothy J. Conner
                                        Timothy J. Conner
Florida Bar No. 767580
Primary: timothy.conner@hklaw.com
Secondary: lynette.mattison@hklaw.com
Raymond F. Treadwell
Florida Bar No. 0093834
Primary: raymond.treadwell@hklaw.com
Secondary: jennie.shiver@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida  32202
Telephone:  (904) 353-2000
Facsimile:  (904) 358-1872

*Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2016, the foregoing document was served via the Court's CM/ECF system on the following parties:

Robert W. Boos, Esq.
Bob.Boos@arlaw.com
Irain J. Gonzalez, Esq.
Ira.Gonzalez@arlaw.com
**ADAMS AND REESE, LLP**
101 East Kennedy Blvd., Suite 4000
Tampa, FL 33602

*Attorneys for Plaintiff*

The Florida Legal Advocacy Group of Tampa Bay
Adam S. Levine, M.D., J.D.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]

*Attorneys for Defendant Neurointerventional Associates, P.A.*

                                          s/ Timothy J. Conner
                                        Attorney