UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                          CASE NO.:   8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA,
INC., d/b/a FLORIDA BLUE,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that the undersigned attorney, Raymond F. Treadwell, Esquire, of the law firm of HOLLAND & KNIGHT LLP, appears as counsel on behalf of Defendant, Blue Cross and Blue Shield of Florida, Inc. in the above-captioned proceeding, and designate the primary email addresses and secondary email addresses referenced below for service of any and all documents:

    **Primary:**    raymond.treadwell@hklaw.com

    **Secondary:**    jennie.shiver@hklaw.com

**HOLLAND & KNIGHT LLP**

/s/Raymond F. Treadwell
Timothy J. Conner
Florida Bar No. 767580
Primary: timothy.conner@hklaw.com
Secondary: lynette.mattison@hklaw.com
Raymond F. Treadwell
Florida Bar No. 0093834
Primary: raymond.treadwell@hklaw.com
Secondary: jennie.shiver@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida   32202

Telephone:  (904) 353-2000
Facsimile:  (904) 358-1872

*Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2016, the foregoing document was served via the Court's CM/ECF system on the following parties:

Robert W. Boos, Esq.
Bob.Boos@arlaw.com
Irain J. Gonzalez, Esq.
Ira.Gonzalez@arlaw.com
**ADAMS AND REESE, LLP**
101 East Kennedy Blvd., Suite 4000
Tampa, FL 33602

*Attorneys for Plaintiff*

The Florida Legal Advocacy Group of Tampa Bay
Adam S. Levine, M.D., J.D.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]

*Attorneys for Defendant Neurointerventional Associates, P.A.*

                                        /s/ Raymond F. Treadwell
                                        Attorney