UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL

    Plaintiff,

    vs.                        Case No.: 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A. and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
D/B/A FLORIDA BLUE

    Defendants.
_____/

**PLAINTIFF SABRINA FINEHOUT RANDALL'S NOTICE OF SCHEDULED
MEDIATION CONFERENCE**

Pursuant to the Court's August 24, 2016 Case Management and Scheduling Order, Plaintiff Sabrina Finehout Randall, hereby notifies the Court that a mediation conference is scheduled in this matter on November 14, 2016, with Peter J. Grilli, Esq. (*See* Doc. 24).

                        Respectfully submitted,

                        /s/ *Irain J. Gonzalez*
                        Robert W. Boos, Esq.
                        Florida Bar No. 0558079
                        Primary: bob.boos@arlaw.com
                        Secondary: lisa.stallard@arlaw.com
                        LEAD ATTORNEY
                        Irain J. Gonzalez, Esq.
                        Florida Bar No. 0092408
                        Primary: ira.gonzalez@arlaw.com
                        Secondary: cindy.miller-tillett@arlaw.com
                        **ADAMS AND REESE LLP**
                        101 East Kennedy Boulevard, Suite 4000
                        Tampa, Florida 33602
                        Telephone: (813) 402-2880
                        Facsimile: (813) 402-2887
                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

/s/ *Irain J. Gonzalez*
IRAIN J. GONZALEZ, ESQ.