UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                      CASE NO.:  8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
d/b/a FLORIDA BLUE,

    Defendants.
_____/

## AGREED MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER

Defendant, Blue Cross and Blue Shield of Florida, Inc. ("BCBSF"), moves the Court for entry of the attached Qualified Protective Order, and in support hereof states:

1. Plaintiff, Sabrina Finehout Randall ("Plaintiff"), instituted this action under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, *et seq.*, by which Plaintiff seeks payment for medical benefits for treatment allegedly covered by an insurance policy sponsored by Defendant, Neurointerventional Associates, P.A. ("NAPA") and administered by BCBSF.  *See* Compl. (ECF No. 1) at 1-2.

2. The Administrative Record in this action contains Personal Health Information ("PHI") of Plaintiff. It is not clear whether NAPA has had access to that PHI.  Accordingly, in an abundance of caution, the parties have agreed to the entry of the attached Qualified Protective Order so that such information may be produced thereunder. In addition, due to the nature of this action, it is at least possible that the parties will be seeking the production of other individually identifiable health information.

3. In order to comply with HIPAA and its regulations, the parties seek the entry of a protective order, the form of which is agreed to by the parties. The proposed Qualified Protective Order is attached as **Exhibit A**.

4. Pursuant to Local Rule 3.01(g), counsel for BCBSF certifies that counsel for Plaintiff and counsel for NAPA have agreed to the relief requested.

## MEMORANDUM OF LAW

The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and its regulations, specifically 45 CFR § 164.512(e), regulate the disclosure of personally identifiable health information in judicial and administrative proceedings. As stated above, the Administrative Record in this action contains PHI of Plaintiff. It is not clear whether NAPA has had access to that PHI. Accordingly, in an abundance of caution, the parties have agreed to the entry of the attached Qualified Protective Order so that such information may be produced thereunder. In addition, due to the nature of this action, it is at least possible that the parties will be seeking the production of other individually identifiable health information. The parties have agreed to the entry of the attached Qualified Protective Order and request that the Court enter it in order to comply with HIPAA.

**WHEREFORE,** the Parties request the Court enter the attached Qualified Protective Order as an Order of the Court.

          **HOLLAND & KNIGHT LLP**

      s/ Timothy J. Conner
Timothy J. Conner
Florida Bar No. 767580
Primary: timothy.conner@hklaw.com
Secondary: lynette.mattison@hklaw.com
Raymond F. Treadwell
Florida Bar No. 0093834
Primary: raymond.treadwell@hklaw.com
Secondary: jennie.shiver@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida  32202
Telephone:  (904) 353-2000
Facsimile:  (904) 358-1872

*Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ~~7th~~ day of November, 2016, the foregoing document was served via the Court's CM/ECF system on the following parties:

Robert W. Boos, Esq.
Bob.Boos@arlaw.com
Irain J. Gonzalez, Esq.
Ira.Gonzalez@arlaw.com
**ADAMS AND REESE, LLP**
101 East Kennedy Blvd., Suite 4000
Tampa, FL 33602

*Attorneys for Plaintiff*


The Florida Legal Advocacy Group of Tampa Bay
Adam S. Levine, M.D., J.D.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]

*Attorneys for Defendant Neurointerventional Associates, P.A*


                                                  s/ Timothy J. Conner
                                                  Attorney