UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                      CASE No. 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
BLUE SHIELD OF FLORIDA, INC.,

    Defendants.

_____

## ORDER

I find it appropriate to recuse myself from sitting as United States Magistrate Judge in this matter. My wife and I are insured under Blue Cross Blue Shield of Florida's federal insurance program. For a number of months, my wife has been undergoing substantial medical treatment for various conditions. The claims submitted to Blue Cross by the providers have amounted to many thousands of dollars. While I presently have no complaint about Blue Cross's handling of my wife's claims, it is nonetheless appropriate for me to recuse myself under the circumstances. 28 U.S.C. 455(a). Accordingly, the Clerk is directed to assign this case by random selection to another United States Magistrate Judge.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 8th day of November, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE