UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SABRINA FINEHOUT RANDALL,**

  **Plaintiff,**

**v.**            **Case No.: 8:16-cv-01531-EAK-TGW**

**NEUROINTERVENTIONAL ASSOCIATES, P.A.**
**and BLUE CROSS AND BLUE SHIELD OF**
**FLORIDA, INC.,**

  **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on November 14, 2016. Plaintiff and her trial counsel, and corporate representatives and trial counsel for both corporate defendants attended and participated.

<u>The case has been completely settled.</u>

Done November 15, 2016 in Tampa, Florida.

          Respectfully submitted,

          <u>/s/ Peter J. Grilli</u>
          Peter J. Grilli, Esq.
          Florida Bar No. 237851
          Mediator
          3001 West Azeele Street
          Tampa, Florida 33609
          813.874.1002 Fax: 813.874.1131
          email: peter@grillimediation.com

I HEREBY CERTIFY that November 15, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

          <u>/s/ Peter J. Grilli</u>
          Peter J. Grilli, Esq.