UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA FINEHOUT RANDALL,

    Plaintiff,

v.                                                  CASE NO.: 8:16-cv-1531-T-17TGW

NEUROINTERVENTIONAL
ASSOCIATES, P.A., and BLUE CROSS
AND BLUE SHIELD OF FLORIDA, INC.,
d/b/a FLORIDA BLUE,

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Sabrina Finehout Randall and Defendant, Blue Cross and Blue Shield of Florida d/b/a Florida Blue, pursuant to Rule 41(a)(1)(A)(ii) & (c), Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this action as to Blue Cross and Blue Shield of Florida, Inc., with each side to bear its own attorneys' fees and costs.

    Dated this 11th day of January, 2017

| | |
|---|---|
| /s/ *Irain J. Gonzalez* | /s Timothy J. Conner |
| Robert W. Boos, Esq. | Timothy J. Conner, Esq. |
| Florida Bar No. 558079 | Florida Bar No. 767580 |
| bob.boos@arlaw.com | Holland & Knight LLP |
| lisa.stallard@arlaw.com | HOLLAND & KNIGHT LLP |
| Irain J. Gonzalez, Esq. | 50 North Laura Street, Suite 3900 |
| Florida Bar No. 0092408 | Jacksonville, Florida 32202 |
| ira.gonzalez@arlaw.com | Telephone: (904) 353-2000 |
| cindy.miller-tillett@arlaw.com | Facsimile: (904) 358-1872 |
| **ADAMS AND REESE LLP** | timothy.conner@hklaw.com |
| 101 East Kennedy Boulevard, Suite 4000 | raymond.treadwell@hklaw.com |
| Tampa, Florida 33602 | ***Attorneys for Defendant*** |
| Telephone: (813) 402-2880 | ***Blue Cross and Blue Shield of Florida,*** |
| Facsimile: (813) 402 2887 | ***Inc.*** |
| ***Attorneys for Plaintiff*** | |